# EXHIBIT "A"

**Exhibit A**

Gallagher Re

**Gallagher Re UK**
**Bank Details as at July 2022**

Spectrum Building
7th Floor, 55 Blythswood Street
Glasgow
G2 7AT

**USD**

**Bank Name: Truist**
**Account Name: Arthur J Gallagher (UK) Ltd Re Gallagher Re Client NST**
**Acct: 1100022834620**
**Routing: 263191387**
**Swift code : SNTRUS3AXXX**
**BENEFICIARY ADDRESS: 1160 pacifica dr apt 105 kissimmee fl 34744**
**Bank address: 749 S Westmoreland Dr Orlando, FL 32805,United state**
**Routing number: 263191387**

**Signed:** Dated 27/07/2022

Hollie Dainert

IBA Assistant Manager

*Authorised Signatory*

Hollie Dainert

Dated 27/07/2022

Kathleen Bradley
IBA Finance Manager
(Bank Signatory)