# EXHIBIT "B"

Translation of the original document in French

**Exhibit B**

[LOGO]
POLICE
LËTZEBUERG

[Handwritten text, blue ink]
Copy

ZESUMME FIR ECH
[~WORKING TOGETHER FOR YOU]

Capital Region

C3R LUXEMBOURG [~Luxembourg City 24/7 POLICE SERVICE]

## MINUTES OF THE INTERVIEW (complainant)

| Attachment: | Interview minutes No. | Date: | Unit / Department: |
|---|---|---|---|
| | 2023-146335-1 | 12/1/2023 | C3R LUXEMBOURG |

1 Interview start time:

Luxembourg, 12/1/2023 at 12:00.

2 Information about the interviewed person:

| | |
|---|---|
| Name and surname: | Ibrahim SALEH |
| Profession: | Finance Manager |
| Date and place of birth: | [redacted]eirut (Lebanon) |
| Address: | 26, rue Louvigny<br>L-1946 Luxembourg [LUXEMBOURG] |
| Tel. and email: | [redacted] |

3 Information about the interview:

We hereby inform you that you are being interviewed as a complainant as part of:

□ a preliminary inquiry □ a judicial inquiry □ an arrest without warrant

for (nature and presumed date of the offense(s) relating to this interview):

- Fraud on 11/20/2023

4 Information about rights:

You have been informed that as a complainant, you have the right to:

1) **assistance from an interpreter free of charge** if you do not speak or understand the language of proceedings (French, German or Luxembourgish) if you have speech or hearing issues, or if there is any doubt about your ability to speak or understand the language of the proceedings.

If you have been the victim of the offense, you also have the following rights:

2) a translation **free of charge** of the documents set out in Article 3-5 of the Luxembourg Code of Criminal Procedure (key documents) if you do not understand the language of proceedings,
3) to request a **copy free of charge** of these minutes,
4) receive an **"Infodroit Victime"** [~Victims rights information] brochure.

5 Interview:

| | |
|---|---|
| Water made available: | Yes |
| Presence of an interpreter: | No |

Having been informed of the reason for the interview, Mr. Ibrahim SALEH hereby declares the following in French:

I am the Finance Manager at BARENTS REINSURANCE SA, and my colleague, Christian KARADAGHLIAN ([born] [redacted] Lebanon), also present, is the Chief Financial Officer of BARENTS REINSURANCE SA.

BARENTS REINSURANCE SA works with BRM (BARENTS RISK MANAGEMENT LTD) as a service provider for accounting and claims services, among other services.

[Signature, black ink]

près la Cour de Justice Supérieure de Luxembourg
Delphine VAGNER
traductrice-interprète
français-anglais-allemand
info@delva.lu
+352 661 822 564

[Handwritten text, blue ink]
Copy

Page 2

| Attachment: Interview minutes No. | Date: | Unit / Department: |
|---|---|---|
| .............. 2023-146335-1 | 01/12/2023 | C3R LUXEMBOURG |

BARENTS REINSURANCE SA received a claim from the reinsurance broker GALLAGHER RE to pay AL KOOT INSURANCE & REINSURANCE CO the sum of USD 4,519,375.

Up until that point, everything was in order. However, on 11/20/2023, our company received an email for BRM with a request to change the SWIFT code and account number for the recipient bank account. The attachment contained the details they sent us for the new account: SWIFT code SNTRUS3AXXX and account number 1100022834620.

The initial SWIFT code was BARCGB22 and the account number [redacted]7233. Oddly enough, the name for the new account specified was the same: "ARTHUR J GALLAGHER 8UK9 LTD RE GALLAGER RE CLIENT NST".

So, we paid the sum of USD 4,519,375 to the new account on 11/24/2023.

On 11/29/2023, we received an email from our bank (EFG BANK AG) asking us to check the details for the account specified in the transaction as the intermediary bank (BANK OF NEW YORK) had received notice from TRUIST BANK that there were inconsistencies in the details for this new account. The account name was different from the one in the transaction.

We checked all the details and realized we had fallen victim to fraud.

Would you like to add anything else, Mr. SALEH?

No.

6 Interview finish time following review [of the record]:

Luxembourg, 12/1/2023 at 12:55.

Signature of the interviewed person:

[Signature, black ink]

Ibrahim SALEH

Read, approved and signed

Interpreter signature:

/// No interpreter present ///

Signature of the reporting officers

[Signature, black ink]

Kira ZIMMER

Deputy inspector, Judicial police agent

Judicial police agent

[End of translation]

I, Delphine VAGNER, office registered at 4-6, rue Pierre Goedert, L-4178 Esch-sur-Alzette, hereby attest that I am a translator sworn by the Superior Court of Justice of Luxembourg, that I have translated the attached document, and that to the best of my knowledge, ability and belief, this translation is a true, accurate, and complete translation of the original document in French that was provided to me.

All dates in MM/DD/YYYY format and added text for better understanding of the original in [brackets]

NE VARIETUR
2023/12-A

Luxembourg, December 1st, 2023

Delphine VAGNER
traductrice-interprète
français-anglais-allemand
info@delva.lu
+352 661 822 554
près la Cour Supérieure de Justice de Luxembourg