# EXHIBIT “C”

Exhibit C



## Victim Information

| | |
|---|---|
| Name: | Odran Hickey |
| Are you reporting on behalf of a business? | |
| Business Name: | |
| Is the incident currently impacting business operations? | |
| Age: | 40 - 49 |
| Address: | 26 rue Louvigny |
| Address (continued): | |
| Suite/Apt./Mail Stop: | |
| City: | Luxembourg |
| County: | |
| Country: | Luxembourg |
| State: | |
| Zip Code/Route: | 1946 |
| Phone Number: | [redacted] |
| Email Address: | |
| Business IT POC, if applicable: | |
| Other Business POC, if applicable: | |

## Financial Transaction(s)

| | |
|---|---|
| Transaction Type: | WireTransfer |
| If other, please specify: | |
| Transaction Amount: | 4519375.00 |
| Transaction Date: | 11/24/2023 |

| | |
|---|---|
| Was the money sent? | Yes |

| | |
|---|---|
| Victim Bank Name: | EFG Bank AG |
| Victim Bank Address: | Bleicherweg 8 8001 Zurich Switzerland |
| Victim Bank Address (continued): | |
| Victim Bank Suite/Mail Stop: | |
| Victim Bank City: | Zurich |
| Victim Bank Country: | Switzerland |
| Victim Bank State: | |
| Victim Bank Zip Code/Route: | [redacted] |
| Victim Name on Account: | Barents Reinsurance S.A. |
| Victim Account Number: | [redacted] |

| | |
|---|---|
| Recipient Bank Name: | Truist Bank |
| Recipient Bank Address: | 749 S Westmoreland Dr Orlando |
| Recipient Bank Address (continued): | |
| Recipient Bank Suite/Mail Stop: | |
| Recipient Bank City: | Orlando |
| Recipient Bank Country: | United States of America |
| Recipient Bank State: | Florida |
| Recipient Bank Zip Code/Route: | 32805 |
| Recipient Name on Account: | Supposed to be Arthur J Gallagher |
| Recipient Bank Routing Number: | 263191387 |
| Recipient Account Number: | 1100022834620 |
| Recipient Bank SWIFT Code: | SNTRUS3AXXX |

## Description of Incident

Provide a description of the incident and how you were victimized. Provide information not captured elsewhere in this complaint form.

Barents Reinsurance S.A. is a reinsurance company located and regulated in Luxembourg.
Arthur J Gallagher is a reinsurance broker. Barents has a geniune reinsurance claim that requires Barents to pay approvimately

4.5M USD, via the broker to the insurance company that is reinsured by Barents. It appears that the claims email of Barents was hacked, and the bank account details of the recipient were altered so that the payment from Barents was sent to a bank account at Truist bank that was not owned by the intended recipient, the broker Arthur J Gallagher. Bank of New York, the correspondent bank, noticed that the accont number did not match the name of the intended recipient, and they contact Barents, who then confirmed that this was not the intended recipient.

## Information About The Subject(s) Who Victimized You

Name: Unknown
Business Name:
Address:
Address (continued):
Suite/Apt./Mail Stop:
City:
Country:
State:
Zip Code/Route:
Phone Number:
Email Address:
Website:
IP Address:

## Other Information

If an email was used in this incident, please provide a copy of the entire email including full email headers.

Ibrahim Saleh

From: EL DIK, Ziad <[redacted]>
Sent: Friday, December 1, 2023 10:29 AM
To: Ibrahim Saleh
Cc: Christian Karadaghlian

Subject: RE: EFG Transfer - Arthur Gallagher USD 4,519,375

Dear both,

Following the below swift messages, we have received the following from Bank of NY

In the meantime, since you have confirmed that it is a fraud and this opens the right to issue the indemnity to allow for the claim to take place, we have sent back a swift to Bank of NY with the following:

While we are still awaiting the answer which would give a clearer picture of the "remaining funds", EFG is in its obligation to place a Block on your account to prevent any misuse of assets due to an IT Failure in your system

I will need the CEO (Amandine) and the CFO (Christian) to confirm to us in a signed document that your IT systems have been checked and that you confirm that your networks are fully secured.

Once we have this confirmation, we can proceed to the unblocking of the account. Appreciate your reply, and I will keep you posted asap with any updates
Thank you

Ziad Dik
Executive Director

DIFC Precinct Building 05, Level 07 PO Box 507245, Dubai, U.A.E Phone +971 4 527 6447
Mobile [redacted]
[redacted]efgbank.com

EFG (Middle East) Limited is a subsidiary of EFG International AG. Regulated by the DFSA.

Are there any other witnesses or victims to this incident?

[No response provided]

If you have reported this incident to other law enforcement or government agencies, please provide the name, phone number, email, date reported, report number, etc.

This was reported to the local police in Luxembourg; certified translation can be attached. Everthing can be sent in attachments if that helps, but there was no way to attach documents with this report.

The police report was made on Friday 1 December 2023 to the Luxembourg police in Luxembourg city, Unit C3R, report number 2023-146335-1

Check here if this an update to a previously filed complaint: ☐

## Who Filed the Complaint

Were you the victim in the incident described above? Yes
Name:
Business Name:
Phone Number:
Email Address:

## Digital Signature

By digitally signing this document, I affirm that the information I provided is true and accurate to the best of my knowledge. I understand that providing false information could make me subject to fine, imprisonment, or both. (Title 18, U.S.Code, Section 1001)

Digital Signature: Odran Hickey
Thank you. Your complaint was submitted to the IC3. Please save or print a copy of your complaint before closing this window. ***This is the only time you will have to make a copy of your complaint.***

FAQs Disclaimer Privacy Notice About IC3