UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Orlando Division

CASE NO.: 6:24-cv-00591-ACC-DCI

BARENTS REINSURANCE S.A.,

    Plaintiff,

v.

TRUIST BANK,

    Defendant.
_____/

**DISCLOSURE STATEMENT PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, TRUIST BANK ("Truist"), makes the following disclosure(s).

**1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:**

Truist Bank was formed on December 7, 2019, by the merger of SunTrust Bank into Branch Banking and Trust Company and Branch Banking and Trust Company's subsequent change of its name to Truist Bank. Truist Bank is a wholly owned subsidiary of Truist Financial Corporation. Truist Financial Corporation

53884060 v1

was formed by the merger of SunTrust Banks, Inc. into BB&T Corporation on December 6, 2019, the merger of SunTrust Bank Holding Company (a Florida Corporation) into BB&T Corporation on December 7, 2019, and BB&T Corporation's subsequent change of its name to Truist Financial Corporation (also on December 7, 2019).

There are no other publicly-owned corporations owning 10% or more of Truist's stock.

**2.    If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: [To identify the citizenship of a partnership, LLC, or other unincorporated entity, a party must list the citizenships of all members or partners of that entity.[1]]**

Not applicable.

**3.    Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:**

---

[1] See Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C., 374 F.3d 1020, 1022 (11th Cir. 2004). Where a member of the party is also an unincorporated entity, its members must also be identified continuing on through however many layers of partners or members there may be. See Purchasing Power, LLC v. Bluestem Brands, Inc., 851 F.3d 1218, 1220 (11th Cir. 2017); D.B. Zwirn Special Opportunities Fund, L.P. v. Mehrotra, 661 F.3d 124, 125-27 (1st Cir. 2011).

- Truist Bank ("Truist"), Defendant

- Nicholas S. Agnello, Esq. and David Elliott, Esq., counsels for Truist

- Burr & Forman LLP, law firm for Truist

- Barents Reinsurances S.A., Plaintiff

- Juan P. Garrido, Esq. and Joel M. Maxwell, Esq., counsels for Plaintiff

- Cozen O'Connor, law firm for Plaintiff

**4.  Identify each entity with publicly traded shares or debt potentially affected by the outcome:**

None known at this time.

**5.  Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:**

None known at this time.

**6.  Identify each person arguably eligible for restitution:**

None known at this time.

☒   I certify that, the firm has a possible conflict with Magistrate Judge Daniel C. Irick due to his marriage to Burr & Forman Attorney Sheena Thakrar. We have no known conflicts with the United State District Court Judge Anne C. Conway.

DATED:  April 1, 2024.

        Respectfully submitted,

        */s/ Nicholas S. Agnello*
        Nicholas S. Agnello, Esq.
        Florida Bar No. 90844
        BURR & FORMAN LLP
        350 East Las Olas Blvd., Suite 1440
        Ft. Lauderdale, FL 33301
        Telephone: (954) 414-6200
        Facsimile: (954) 414-6201
        Email: nagnello@burr.com
        Email: rzamora@burr.com
        Email: flservice@burr.com

        *Counsel for Defendant*
        Truist Bank

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 1, 2024, I electronically filed the foregoing with the Clerk of Court using CM/ECF, which will serve a copy of the aforesaid via Notice of Electronic Filing upon:

Juan P. Garrido, Esq.
Joel M. Maxwell, Esq. (*Pro Hac Vice* Forthcoming)
200 South Biscayne Blvd., Suite 3000
Miami, FL 33131
Email: jgarrido@cozen.com
Email: jmaxwell@cozen.com
Email: LKrtausch@cozen.com
*Counsels for Plaintiff*

                                              */s/ Nicholas S. Agnello*
                                              Nicholas S. Agnello, Esq.
                                              Florida Bar No. 90844
                                              BURR & FORMAN LLP