# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

BARENTS REINSURANCE S.A.,
    Plaintiff,

v.

Case No. 6:24-cv-00591-ACC-DCI

TRUIST BANK,
    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Barents Reinsurance S.A. ("Barents") and defendant, Truist Bank ("Truist"), pursuant to Middle District of Florida Local Rule 3.09(a), file this Joint Notice of Settlement to inform the Court that the Parties attended mediation on March 20, 2025, and amicably settled this case. The Parties are in the process of preparing and finalizing the settlement agreement.

Respectfully submitted,

**COZEN O'CONNOR**

By:   */s/ Juan P. Garrido*
    Juan P. Garrido, Esquire
    Florida Bar No. 118678
    Joel M. Maxwell (*Admitted Pro Hac Vice*)
    NY Bar No.: 4287330
    200 South Biscayne Blvd., Suite 3000
    Miami, FL 33131
    Telephone: (305) 397-0826
    Primary email: jgarrido@cozen.com
                     jmaxwell@cozen.com
    *Attorneys for Plaintiff*

    *and*

By: ___/s/ Nicholas S. Agnello___
Nicholas S. Agnello, Esquire
David Elliott, Esquire
Email: nagnello@burr.com
Email: delliott@burr.com
**BURR & FORMAN LLP**
350 East Las Olas Boulevard., Suite 1440
Ft. Lauderdale, FL  33301
Telephone:  (954) 414-6200
Facsimile:  (954)414-6201
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served this 21st day of March, 2025 on All Counsel of record on CM/ECF.

**COZEN O'CONNOR**

By: ___/s/ Juan P. Garrido___
Juan P. Garrido, Esquire
Florida Bar No. 118678
Joel M. Maxwell
NY Bar No.: 4287330
(*Admitted Pro Hac Vice*)
200 South Biscayne Blvd., Suite 3000
Miami, FL  33131
Telephone:  (305) 397-0826
Primary email:   jgarrido@cozen.com
             jmaxwell@cozen.com
Secondary email: LKrtausch@cozen.com
*Attorneys for Plaintiff*